UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL HARD,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama; LUTHER JOHNSON STRANGE, III in his official capacity as Attorney General of the State of Alabama; CATHERINE M. DONALD in her official capacity as the State Registrar of Vital Statistics; STEVEN L. REED in his official capacity as Probate Judge for the County of Montgomery; RICHARD I. LOHR, II, Administrator of the ESTATE of CHARLES DAVID FANCHER;<br><br>    Defendants. | Civil Action No. 2:13-cv-922-WKW |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RICHARD I LOHR, II [Fed. R. Civ. P. 41(a)(1)(A)(i)]

### TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Paul Hard hereby dismisses Defendant Richard I. Lohr II (sued in his official capacity as Administrator of the Estate of Charles David Fancher) *without prejudice*. This dismissal is of Defendant Lohr only, and of no other Defendant.

February 12, 2014

Respectfully submitted,

SOUTHERN POVERTY LAW CENTER

By: /s/ Samuel E. Wolfe

David C. Dinielli* (California Bar No. 177904)
Samuel E. Wolfe (ASB-2945-E63W)
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile:  (334) 856-8481
david.dinielli@splcenter.org
sam.wolfe@splcenter.org
*Admitted pro hac vice

(Attorneys for Plaintiff)

**CERTIFICATE OF SERVICE**

Because the foregoing Notice of Dismissal Without Prejudice of Defendant Richard I. Lohr, II [Fed. R. Civ. P. 41(a)(1)(A)(i)] is being filed prior to perfecting service of the Summons and Complaint on the Defendants, Plaintiff has not served a copy of this pleading on any Defendant, but will do so at the same time Plaintiff serves the Summons and Complaint, on the following defendants:

Robert Bentley
Governor of the State of Alabama.
State Capitol
600 Dexter Avenue
Montgomery, AL 36130

Luther Johnson Strange, III
Attorney General of the State of Alabama
501 Washington Avenue
Montgomery, Alabama  36104

Catherine M. Donald
State Registrar of Vital Statistics
Alabama Department of Public Health
201 Monroe Street
Montgomery, Alabama  36104

Steven L. Reed
Montgomery County Probate Judge
Montgomery County Courthouse Annex I
100 South Lawrence Street, Third Floor
Montgomery, Alabama  36104

Richard I. Lohr, II
Administrator of the Estate of Charles David Fancher
6250 Renda Circle
Pinson, AL 35126

This the 12th day of February, 2014.

/s/ Samuel E. Wolfe