**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 9543600

February 13, 2014

**Notice of Clerk's Dismissal of Defendant**

To: All Parties

Re: Hard v. Bentley et al
    Civil Action No. 2:13-cv-00922-WKW

Pursuant to the Notice of Voluntary Dismissal of defendant Richard I. Lohr, II (Administrator of the Estate of David Fancher) filed by the plaintiff on February 12, 2014, this defendant is dismissed without prejudice from this case.