IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

PAUL HARD,                                )
                                          )
          Plaintiff,                   )
                                          )
     v.                              )      CASE NO. 2:13-CV-922-WKW
                                          )
ROBERT BENTLEY, *et al.,*                 )
                                          )
          Defendants.                  )

## <u>GENERAL BRIEFING ORDER</u>

For any motions to remand, motions to dismiss, motions for judgment on the pleadings, motions for summary judgment, and *Daubert* motions filed in this case, it is ORDERED that:

1.    The movant shall file its brief and any evidentiary submission simultaneously with the filing of the dispositive motion.

2.    The opponent's **response brief** and any evidentiary submission shall be **due 21 days after the date the motion is filed.**

3.    The movant's **reply brief**, if any, shall be **due 7 days after the date the response is filed.**

4.    The motion shall be under submission on the due date of the reply brief. Unless the court determines that a hearing is necessary or helpful, at which time a hearing date will be set, the court will determine the motion without oral argument upon submission.

5.     Briefs in support of or in opposition to any motion **generally should not exceed 25 pages.**  If a brief exceeds 25 pages, counsel must include a table of contents indicating the main sections of the brief, the principal arguments and citations to authority made in each section, and the pages on which each section and any sub-sections may be found.  Additionally, for briefs exceeding 25 pages, the filing party shall submit to chambers a paper courtesy copy **bound in a three-ring binder and tabbed**.  If a brief and attachments or exhibits **together** exceed 25 pages, the filing party shall submit to chambers a paper courtesy copy bound in a three-ring binder and tabbed.

6.     There is no requirement that courtesy copies be delivered to chambers by the due date; courtesy copies may be mailed or shipped to chambers on the day they are due.

7.     Any discussion of evidence in a brief must include the specific reference, by name or document number and by page and line, to where the evidence can be found in the supporting evidentiary submission or in any document filed with the court.

8.     Failure to comply strictly with this Order for all future filings may result in the striking of the filing or other appropriate sanctions.

DONE this 12th day of March, 2014.

/s/ W.  Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE