# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| PAUL HARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. |
| | ) 2:13-CV-00922-WKW-SRW |
| ROBERT BENTLEY, etc., | ) |
| | ) |
| Defendants. | ) |

## ANSWER OF THE HONORABLE STEVEN L. REED, PROBATE JUDGE OF MONTGOMERY COUNTY, ALABAMA

COMES NOW Defendant Judge Steven L. Reed, in his official capacity as Probate Judge of Montgomery County, Alabama and answers Plaintiff's Complaint for Declaratory and Injunctive Relief as follows:

## FIRST DEFENSE

The Plaintiff's Complaint for Declaratory and Injunctive Relief seeking a determination of the unconstitutionality of the Marriage Protection Act and Constitutional Amendment 774 (Sanctity of Marriage Amendment) fails to state a claim against Judge Steven L. Reed, who is sued in his official capacity, upon which relief may be granted.

## SECOND DEFENSE

The Defendant Steven L. Reed, who is sued in his official capacity as Probate Judge of Montgomery County, Alabama, hereby adopts by reference the defenses asserted by the State Defendants to Plaintiff's Complaint for Declaratory and Injunctive Relief.

## THIRD DEFENSE

For answer to the numbered paragraphs of the Complaint, Judge Steven L. Reed who is sued in his official capacity as Probate Judge of Montgomery, Alabama, states as follows:

1. Judge Reed admits the material allegations contained in Paragraphs 6 to 8, 14, 16 to 19, 26, 28, 34 to 59, 69 to 72 and 75.

2. Judge Reed denies the material allegations of Paragraphs 4 and 5 plus any other paragraph not specifically referred to in Judge Reed's responses to numbered paragraphs, and demands strict proof thereof.

3. Judge Reed is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraphs 2, 3, 15, 20, 21 to 25, 27, and 29 to 33, and therefore, denies the same and demands strict proof thereof.

4. Defendant Judge Steven L. Reed generally denies the legal claims of Paragraphs 1, 9, 10 to 13, 60 to 68, 73, 76 to 87, and 89 to 93 to the extent that these paragraphs make legal arguments or assertions or otherwise seek declaratory relief and/or injunctive relief and demands strict proof thereof.

## ADDITIONAL DEFENSES

5. Judge Reed asserts that he is compelled to follow Alabama law with respect to same sex marriages and lacks discretion to do otherwise.

6. Judge Reed asserts that existing Alabama law does not recognize same-sex marriage. Further, Judge Reed does not have discretion to recognize same-sex marriage nor recognize the "marriage" of the Plaintiff, to recognize the Plaintiff as a surviving spouse in a same-sex marriage nor to recognize the Plaintiff as either a husband or a widower in a same-sex marriage.

7. Defendant defers to the defenses raised and asserted by the State Defendant of the claims of unconstitutionality of the Marriage Protection Act and Constitutional Amendment 774 (Sanctity of Marriage Amendment).

Respectfully submitted,

MEANS GILLIS LAW, LLC

**/s/Tyrone C. Means**
Tyrone C. Means (ASB-8760-S80T)
600 Commerce Street, Suite 200
P.O. Box 5058
Montgomery, Alabama 36103-5058
Telephone No.: 334-270-1033
Facsimile No.: 334-260-9396
Email:   tcmeans@meansgillislaw.com
*Attorneys for Judge Steven L. Reed,*
*Probate Judge of Montgomery County,*
*Alabama*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

David C. Dinielli
Samuel E. Wolfe
Southern Poverty Law Center
400 Washington Avenue
Montgomery, AL 36104

James W. Davis
Laura E. Howell
Assistant Attorneys General
Office of Attorney General
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36103-0152

David B. Byrne, Jr.
Chief Legal Advisor
Office of the Governor
Alabama State Capitol
600 Dexter Avenue,
    Suite NB-05
Montgomery, AL 36130

                                                */s/* Tyrone C. Means
                                                Tyrone C. Means