IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| PAUL HARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama, et al., | ) ) ) | Civil Action No.: 2:13-CV-922-WKW-SRW |
| | ) | |
| Defendants, | ) | Motion to Intervene |
| | ) | |
| PAT FANCHER, | ) | |
| | ) | |
| Proposed Defendant-Intervenor. | ) | |

## MOTION TO INTERVENE

COMES NOW Pat Fancher, as next of kin and mother to deceased, David Fancher, by and through the undersigned, and hereby respectfully moves, pursuant to Fed.R.Civ.P. 24(a) and (b), for leave to intervene as a defendant in the above stated matter. Pat Fancher respectfully asserts her right to intervene in this matter and as grounds states the following:

1. We agree with Plaintiff that under Alabama's wrongful death statute the administrator must distribute any damages recovered pursuant to Alabama's laws of intestate succession, even if the decedent died with a will. See Ala. Code § 6-5-410(c); see also Steele v. Steele, 623 So. 2d 1140, 1141 (Ala. 1993) ("The damages from a wrongful death award pass as though the decedent died without a will").

2.      According to Alabama law regarding intestate succession Ms. Fancher is the next of kin and mother to David Fancher, now deceased.  According to Alabama Code §43-8-42 Ms. Fancher is due to receive all potential damages to be awarded in the ongoing wrongful death action pertaining to her son's death.  See Ala. Code §43-8-42 "the entire intestate estate if there is no surviving spouse, passes as follows…to his parent…."

3.      Plaintiff requests in section (c) of his Prayer for Relief that this court issue an injunction "without regard" to the state of Alabama's Marriage Protection Act or the state of Alabama's Constitutional Provisions regarding the sanctity of marriage.  This injunction requests this court prevent the Executor of David Fancher's estate from distributing the potential wrongful death proceeds to David Fancher's mother and give over one half of those proceeds to Paul Hard who alleges a claim to a "spousal share" contrary to Alabama state law.

4.      If Plaintiff's above referenced injunction is granted it will dispose of an interest Ms. Fancher has in the proceeds of her son's wrongful death suit.  Ms. Fancher's interest would be disposed of in such a manner as to "impair or impede [Ms. Fancher's] ability to protect [her] interest" unless she is given an opportunity to represent that interest.  Fed.R.Civ.P. 24(a).

5.      Fed. R. Civ. P. 24(a)(2) states that a party seeking to intervene as a matter of right must meet the following requirements: (1) the movant must have an interest relating to the property or transaction that is the subject of the action; (2) the movant must be situated such that, as a practical matter, the disposition of the action may impair or

impede the party's ability to protect that interest; and (3) the movant's interest must not be adequately represented by the existing parties.

6.      The movant, Ms. Fancher, has a significant interest in the wrongful death proceeds of her deceased son's estate being that she is next of kin under Alabama law and the rightful party to receive the potential damages.

7.      The movant, Ms. Fancher, is situated such that the disposition of this action will directly result in loss of over half the potential damages from her son's wrongful death suit.  A result in favor of Plaintiff would not only impair and impede Ms. Fancher's ability to protect her interests, it would operate as a detrimental and permanent bar to her recovery of that interest.

8.      The movant, Ms. Fancher, does not have her interest adequately represented by the current defendants.  Ms. Fancher and the Defendant Governor of Alabama have interests that are similar but far from identical.  The Governor is primarily concerned with the defense of the Alabama state constitutional provision and state statute. Ms. Fancher shares that concern and is deeply disturbed that the death of her son David, whom she deeply loved and with whom she had a good relationship, is being used by Plaintiff Paul Hard to advance the cause of same-sex marriage which she strongly opposes.  She is also focused upon issues concerning the establishment of David Fancher's legal heir and the distribution of David Fancher's estate, insurance proceeds, and proceeds from the wrongful death action. Ms. Fancher notes that Plaintiff Paul Hard has requested an injunction prohibiting her from receiving the proceeds of the wrongful death action.

WHEREFORE, for the reasons stated herein, Pat Fancher respectfully requests an order allowing her to intervene in this action.

Respectfully Submitted,

/s/ Gabriel J. Smith
Gabriel J. Smith (SMI337)
Foundation for Moral Law
Attorney for Pat Fancher
Telephone: (334) 262-1245
Fax: (334) 262-1708
1 Dexter Avenue
Montgomery, AL 36104
gabrieljoseph.smith@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 20, 2014, an exact copy of the foregoing instrument has been served (a) through the Court's e-filing system; (b) by placing a copy of the same in the United State Mail, postage prepaid and properly addressed; and/or (c) by personal/firm email to the following attorneys:

**SOUTHERN POVERTY LAW CENTER**
David C. Dinielli
Samuel E. Wolfe
Attorneys for Plaintiff
400 Washington Avenue
Montgomery, AL 36104
David.dinielli@splcenter.org
Sam.wolfe@splcenter.org

**TYRONE C. MEANS, Of Counsel**
Means Gills Law, LLC
60 Commerce Street, Suite 200
P.O. Box 5058
Montgomery, Alabama 36103

**OFFICE OF THE ATTORNEY GENERAL**
James W. Davis (ASB-4063-I58J)
Laura E. Howell (ASB-0551-A41H)
Assistant Attorneys General
501 Washington Avenue
Post Office Box 300152

Montgomery, Alabama 36130-0152
Telephone: (334) 242-7300
Facsimile: (334) 353-8440
jimdavis@ago.state.al.us
lhowell@ago.state.al.us
Attorneys for the State Defendants,
Governor Robert Bentley and
Attorney General Luther Strange

**ADDITIONAL COUNSEL FOR GOVERNOR ROBERT BENTLEY**
David B. Byrne, Jr. (ASB-0354-R69D)
Chief Legal Advisor
Office of the Governor
Alabama State Capitol
600 Dexter Avenue, Suite NB-05
Montgomery, Alabama 36130
Telephone: (334) 242-7120
David.Byrne@governor.alabama.gov

        Respectfully Submitted,

        /s/ Gabriel J. Smith
        Gabriel J. Smith (SMI337)
        Foundation for Moral Law
        Attorney for Pat Fancher
        Telephone: (334) 262-1245
        Fax: (334) 262-1708
        1 Dexter Avenue
        Montgomery, AL 36104
        gabrieljoseph.smith@gmail.com