# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL HARD, | |
| Plaintiff, | |
| v. | Civil Action No. <u>2:13-cv-922-WKW</u> |
| ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama; LUTHER JOHNSON STRANGE, III in his official capacity as Attorney General of the State of Alabama; STEVEN L. REED in his official capacity as Probate Judge for the County of Montgomery; | |
| Defendants. | |

## <u>PLAINTIFF'S NOTICE OF NONOPPOSITION TO PAT FANCHER'S MOTION TO INTERVENE AS A DEFENDANT</u>

Proposed Intervenor, Pat Fancher, mother of Plaintiff Paul Hard's late husband, filed a Motion To Intervene as a Defendant on March 20, 2014. According to the motion, "Ms. Fancher . . . is deeply disturbed that the death of her son David, whom she deeply loved and with whom she had a good relationship, is being used by Plaintiff Paul Hard to advance the cause of same-sex marriage which she strongly opposes." *See* Motion To Intervene ¶ 8.

That same day, this Court issued an Order To Show Cause, by March 28, 2014, why the Motion To Intervene should not be granted. In compliance with that Order, Plaintiff Paul Hard states that he does not oppose Ms. Fancher's Motion To Intervene as a Defendant.

March 24, 2014

Respectfully submitted,

SOUTHERN POVERTY LAW CENTER

By: /s/ David C. Dinielli

David C. Dinielli* (California Bar No. 177904)
Samuel E. Wolfe (ASB-2945-E63W)
400 Washington Avenue
Montgomery, Alabama 36104
Telephone: (334) 956-8200
Facsimile:  (334) 956-8481
david.dinielli@splcenter.org
sam.wolfe@splcenter.org
*Admitted pro hac vice

(Attorneys for Plaintiff)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 24th day of March, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

> David Bryson Byrne, Jr., Esq.
> Office of the Governor
> State Capitol
> 600 Dexter Avenue
> Suite NB-05
> Montgomery, AL  36130

> James William Davis, Esq.
> Laura Elizabeth Howell, Esq.
> State of Alabama
> Office of the Attorney General
> 501 Washington Avenue
> Montgomery, AL  36130

> Tyrone Carlton Means, Esq.
> Means Gills Law, LLC
> 60 Commerce Street, Suite 200
> P.O. Box 5058
> Montgomery, Alabama 36103

> Gabriel Joseph Smith, Esq.
> Foundation For Moral Law
> 1 Dexter Avenue
> Opelika, AL  36103

<u>/s/ David C. Dinielli</u>