IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL HARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-CV-922-WKW |
| ) | |
| ROBERTY BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

As stated at the on-the-record scheduling conference held on April 22, 2014, Plaintiff is DIRECTED to file, on or before **April 28, 2014**, his written notice identifying other federal cases addressing state marriage laws and the scope of the issues requiring discovery in those cases.  Defendants may also file a similar notice on or before April 28, 2014, if they wish to do so.

DONE this 22nd day of April, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE