UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL HARD,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama; LUTHER JOHNSON STRANGE, III in his official capacity as Attorney General of the State of Alabama; PAT FANCHER;<br><br>    Defendants. | Civil Action No. 2:13-cv-922-WKW |

### AFFIDAVIT OF PAUL HARD

I, Paul Hard, hereby affirm the following:

1. I am a resident of Montgomery, Alabama and the plaintiff in the above-captioned matter.

2. I first met Charles David Fancher ("David") on July 4th, 2004 for a first date. We soon thereafter became a couple. Throughout our time together, David occasionally asked me to marry him. I resisted at first, but eventually and enthusiastically agreed to marry him.

3. We were lawfully married on a beach on Cape Cod, in Massachusetts, on May 20, 2011. A copy of the marriage certificate is attached as Exhibit A.

4. We were both raised as Southern Baptists. I was a minister in earlier years. Eventually, we both became active with an Episcopal church, David serving as a greeter as well as in the pastoral ministry of the church and I was in the choir.

5. We made our life together in Alabama. Our home was in Montgomery. David worked as a director of information technology for a company in Birmingham and I am an associate professor at a university in Montgomery.

6. David made me the sole beneficiary of his will.

7. David was killed in a traffic accident on Interstate 65 during the night of August 1, 2011. David's car slammed into a UPS truck that had overturned and was blocking the North-bound lanes of the highway. David died instantly.

8. I had said goodbye to David in the early, dark morning of August 1, 2011 as David left to Birmingham for work. I received a call later that morning from Prattville Baptist Hospital informing me that David had been in an accident.

9. The complaint in a subsequent wrongful death case that was filed in this Court and that recently settled for a substantial but confidential amount states that defendants in that case, truck drivers and a shipping company, were

> traveling North on Interstate 65 . . . in rural Autauga County, Alabama. Defendants' vehicle negligently and wantonly collided with another vehicle . . . causing Defendants' vehicle to overturn in the highway, blocking both Northbound lanes of Interstate 65. . . . At said time and place . . . Charles David Fancher, was also operating a motor vehicle, traveling North on Interstate 65. . . . Due to the negligence and wanton operation of the Defendants' vehicle and the nighttime lighting conditions and lack of adequate emergency reflectors, tape, and emergency warning lights and devices in place by Defendants, Plaintiff's decedent, Charles David Fancher, was caused to collide with the 2009 Sterling TK UPS tractor trailer truck being driven by [the Defendants].

10. As soon as I received a telephone call shortly after the accident informing me of the accident, I rushed to the hospital carrying our marriage license and other papers such as a power of attorney. I asked to see my husband or learn of his condition, but a hospital employee initially refused, telling me, "we don't recognize same-sex marriage."

I pleaded for information, but no doctor or nurse from Prattville Baptist Hospital ever spoke to me, despite my desperate attempt to learn the condition of my husband.

11. After about a half hour, I eventually was permitted beyond the nurse's station to go see David, still not knowing David's condition.

12. An attendant arrived and walked me down the hall towards David. Off-handedly, the attendant turned to me, and said, "you know he's dead, right?"

13. I lost strength in my legs, falling to the ground. I reached to the attendant who stood to the side, offering no support as I collapsed.

14. I made arrangements and paid for David's burial services at Highland Memorial Gardens, in Bessemer, Alabama. By law, the funeral director must note certain biographical information about the deceased on the death certificate. Despite my protests, the Highland Memorial funeral director indicated on the death certificate that David was "Never Married." He left blank the space for the name of the "Surviving Spouse." A copy of the Death Certificate, signed by Defendant Catherine M. Donald and registered with the State of Alabama, is attached as Exhibit B.

15. Alabama's prohibition on recognition of same-sex marriages prevents me from obtaining any proceeds from the wrongful death lawsuit – proceeds that would be due to me if I were in a different-sex marriage.

16. David's estate agreed to preserve the amount due to me as the surviving spouse from the wrongful death lawsuit so that I could obtain those proceeds if this case succeeds in invalidating Alabama's refusal to recognize same-sex marriages. No. 6-1.

17. Alabama's refusal to recognize my marriage, including through the profound loss of my husband, was demeaning and insulting at every turn. My experiences

3

through that loss, including those described above, made clear that I and my marriage are second-class and stigmatized by Alabama law simply because I am gay and chose to marry a man who I loved.

I swear that the information contained above is true and correct. I understand that any false statement may subject me to the penalties of perjury.

_____
Paul Hard

8-28-14
Date

# EXHIBIT

# A

## Town of Provincetown
### Office of the Town Clerk

Town Hall, 260 Commercial Street
Provincetown, Massachusetts 02657
Facsimile (508) 487-9560
Telephone (508) 487-7013



### The Commonwealth of Massachusetts
DEPARTMENT OF PUBLIC HEALTH
REGISTRY OF VITAL RECORDS AND STATISTICS

### CERTIFICATE OF MARRIAGE

(State file number) **Provincetown** (City or town making return)
Registered No. **32**

1. Place of Marriage City or Town: **Wellfleet**
2. Date of Marriage: **May 20, 2011**
Intention No. **2011-038**

3. FULL NAME PARTY A: **Paul Fisher Hard**
3A. SURNAME AFTER MARRIAGE: **Hard**
4. DATE OF BIRTH: [redacted]
5. OCCUPATION: **Professor**
6. RESIDENCE NO. & ST. / CITY/TOWN / ST. / ZIP CODE: [redacted]
7. NUMBER OF MARRIAGE: **1st**
7A. WIDOWED OR DIVORCED: —
8. BIRTHPLACE: **Demopolis**, **Alabama**
9. MOTHER/PARENT: **Dorothy Fisher Hard/Fisher**
10. NAME OF FATHER/PARENT: **Allan Martin Hard**

11. FULL NAME PARTY B: **Charles David Fancher**
11A. SURNAME AFTER MARRIAGE: **Fancher Hard**
12. DATE OF BIRTH: [redacted]
13. OCCUPATION: **I.T. Director**
14. RESIDENCE NO. & ST. / CITY/TOWN / ST. / ZIP CODE: [redacted]
15. NUMBER OF MARRIAGE: **1st**
15A. WIDOWED OR DIVORCED: —
16. BIRTHPLACE: **Fairfield**, **Alabama**
17. MOTHER/PARENT: **Patricia Ann Fancher/Otwell**
18. NAME OF FATHER/PARENT: **Walter Leonard Fancher**

19. THE INTENTION OF MARRIAGE by the above-mentioned persons was duly entered by me in the records of the Community of **Provincetown** according to law, this **16** day of **May**, 20 **11**
COURT WAIVER Issued **May 19, 2011** by **Doug Johnstone** (City or Town Clerk or Registrar)

20. I HEREBY CERTIFY that I solemnized the marriage of the above-named persons at No. **00 Marconi site** St., **Wellfleet** on **May 20, 2011**
Signature: **Tracy F. Lavender** — member of the clergy
Print name: **Tracy F. Lavender**
Address: **127 Dillingham Rd, Brewster 02631**

21. Certificate recorded by city or town clerk: **May 23, 2011** **Doug Johnstone** CLERK OR REGISTRAR

22. PARTY A SEX: ☒ MALE ☐ FEMALE
23. PARTY B SEX: ☒ MALE ☐ FEMALE



A TRUE COPY ATTEST
*Doug Johnstone*
TOWN CLERK, PROVINCETOWN

# EXHIBIT

# B

THE FRONT OF THIS DOCUMENT IS PINK – THE BACK OF THIS DOCUMENT IS BLUE AND HAS AN ARTIFICIAL WATERMARK – HOLD AT AN ANGLE TO VIEW

# ALABAMA
### Center for Health Statistics

## ALABAMA
### CERTIFICATE OF DEATH

11-27452

State File Number: 101

| Field | Value |
|---|---|
| 1. DECEASED—NAME (First, Middle, Last) | Charles David FANCHER |
| 2. DATE OF DEATH | August 1, 2011 |
| 3. COUNTY OF DEATH | Autauga |
| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE | Prattville 36066 |
| 5. INSIDE CITY LIMITS | Yes |
| 6. PLACE OF DEATH | Prattville Baptist Medical Center |
| 7. IF HOSPITAL | Inpatient |
| 8. OF HISPANIC ORIGIN | No |
| 9. RACE | White |
| 10. SEX | Male |
| 11. AGE | 54 |
| 15. EDUCATION | 2 (College) |
| 16. MARITAL STATUS | Never Married |
| 18. Was Decedent ever in Armed Forces | No |
| 19. STATE OF BIRTH | Alabama |
| 20. RESIDENCE—STATE | Alabama |
| 21. COUNTY | Montgomery |
| 22. CITY, TOWN, OR LOCATION AND ZIP CODE | Montgomery, AL 36117 |
| 23. INSIDE CITY LIMITS | Yes |
| 25. INFORMANT | Pat Fancher |
| 26. USUAL OCCUPATION | IT Director |
| 27. KIND OF BUSINESS OR INDUSTRY | Transportation |
| 28. FATHER—NAME | Walter Leonard Fancher |
| 29. MAIDEN NAME OF MOTHER | Patricia Ann Otwell |
| 30. DISPOSITION OF BODY | Burial |
| 31. DATE OF DISPOSITION | Aug 4, 2011 |
| 32. CEMETERY OR CREMATORY | Highland Memorial Gardens |
| 33. LOCATION | Bessemer, AL |
| 34. FUNERAL HOME | 475 Cahaba Valley Rd, Pelham, AL 35124 |
| 36. DATE SIGNED BY FUNERAL DIRECTOR | Aug 5, 2011 |
| 38. DATE SIGNED | August 1, 2011 |
| 39. TIME AND DATE OF DEATH | 06:02  8/1/2011 |
| 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH | Joel C. Sullivan MD |
| 42. ADDRESS | 124 South Memorial Drive, Prattville, AL 36066 |
| 43. CERTIFIER LICENSE NUMBER | 10094 |
| 45. DATE FILED | August 10, 2011 |

### MEDICAL CERTIFICATION

| 46. PART I | Cause | Interval |
|---|---|---|
| IMMEDIATE CAUSE | Blunt Trauma | 10 min |
| DUE TO | Motor Vehicle Accident | |

49. MANNER OF DEATH: Accident

AUG 12 2011

This is an official certified copy of the original record filed in the Center of Health Statistics, Alabama Department of Public Health, Montgomery, Alabama. 2011-345-302-2

August 17, 2011

Catherine Molchan Donald
State Registrar of Vital Statistics

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 29th day of August, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

David Bryson Byrne, Jr., Esq.
Office of the Governor
State Capitol
600 Dexter Avenue
Suite NB-05
Montgomery, AL  36130

James William Davis, Esq.
Laura Elizabeth Howell, Esq.
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130

Gabriel Joseph Smith, Esq.
Foundation For Moral Law
1 Dexter Avenue
Opelika, AL  36103

/s/ Samuel Wolfe, Esq.