# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| PAUL HARD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-922-WKW |
| ) | |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

The Plaintiff and Defendants give notice that they have complied with this Court's scheduling order and the requirement that they confer to discuss settlement.

Although all parties approached the issue in good faith, they have determined that in a case of this nature challenging the constitutionality of state law, settlement is not a possibility at this time, and mediation is not likely to be helpful.

Respectfully submitted,

LUTHER STRANGE
   *Attorney General*

s/ James W. Davis
James W. Davis
Laura E. Howell
   *Assistant Attorneys General*

STATE OF ALABAMA
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130-0152
(334) 242-7300
(334) 353-8440 (fax)
jimdavis@ago.state.al.us
lhowell@ago.state.al.us

**Attorneys for Alabama Governor Robert Bentley and Alabama Attorney General Luther Strange**

**OF COUNSEL:**

David B. Byrne, Jr.
*Chief Legal Advisor*
OFFICE OF THE GOVERNOR
Alabama State Capitol
600 Dexter Avenue, Ste. NB-05
Montgomery, Alabama 36130
(334) 242-7120
david.byrne@governor.alabama.gov

**Additional Counsel for Governor Robert Bentley**

2

## CERTIFICATE OF SERVICE

      I certify that on September 15, 2014, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the following persons:

| | |
|---|---|
| Gabriel J. Smith | David C. Dinielli |
| FOUNDATION FOR MORAL LAW | Samuel E. Wolfe |
| 1 Dexter Avenue | SOUTHERN POVERTY LAW CENTER |
| P.O. Box 4086 | 400 Washington Avenue |
| Montgomery, AL 36103 | Montgomery, AL 36104 |
| Telephone: 334.262.1245 | Telephone: 334.956.8277 |
| gabriel.joseph.smith@gmail.com | david.dinielli@splcenter.org |
| | sam.wolfe@splcenter.org |

                s/James W. Davis
                Counsel for the Defendants