# EXHIBIT C

# Election Results - Constitutional Amendment

# Certification of Constitutional Amendment Election Results

*June 6, 2006*
*Primary Election*

*Pursuant to Chapter 17 of the* Code of Alabama, *1975, as amended, we, the undersigned, hereby certify that the results of the Constitutional Amendment Election held in Alabama on June 6, 2006, were opened and counted by us and that the results so tabulated are recorded on the following pages.*

*In Testimony Whereby, I have hereunto set my hand and affixed the Great Seal of the State of Alabama, at the State Capitol, in the City of Montgomery, on this 28th day of June, 2006.*

*Bob Riley*
*Governor*

*Troy King*
*Attorney General*

*Nancy L. Worley*
*Secretary of State*

# 2006 Primary Election Results
## Proposed Constitutional Amendments

| County | Statewide Amendment (Act 2005-35) | | Blount County Amendment (Act 2005-109) | | Cherokee County Amendment (Act 2006-308) | | Cleburne County Amendment (Act 2006-304) | |
|---|---|---|---|---|---|---|---|---|
| | Yes Votes | No Votes | Yes Votes | No Votes | Yes Votes | No Votes | Yes Votes | No Votes |
| Autauga | 8041 | 1408 | | | | | | |
| Baldwin | 24153 | 5364 | | | | | | |
| Barbour | 4698 | 1319 | | | | | | |
| Bibb | 3587 | 532 | | | | | | |
| Blount | 9926 | 1400 | 7869 | 2387 | | | | |
| Bullock | 2197 | 834 | | | | | | |
| Butler | 4224 | 847 | | | | | | |
| Calhoun | 15999 | 4083 | | | | | | |
| Chambers | 5799 | 1080 | | | | | | |
| Cherokee | 5703 | 748 | | | 4654 | 1224 | | |
| Chilton | 8226 | 1002 | | | | | | |
| Choctaw | 5239 | 1193 | | | | | | |
| Clarke | 7122 | 1247 | | | | | | |
| Clay | 3808 | 559 | | | | | | |
| Cleburne | 2799 | 451 | | | | | 2315 | 730 |
| Coffee | 8000 | 1202 | | | | | | |
| Colbert | 10176 | 1327 | | | | | | |
| Conecuh | 3744 | 716 | | | | | | |
| Coosa | 2889 | 746 | | | | | | |
| Covington | 8451 | 1068 | | | | | | |
| Crenshaw | 3310 | 567 | | | | | | |
| Cullman | 16557 | 2173 | | | | | | |
| Dale | 7467 | 1321 | | | | | | |
| Dallas | 8919 | 2358 | | | | | | |
| DeKalb | 11858 | 1703 | | | | | | |
| Elmore | 12296 | 2194 | | | | | | |
| Escambia | 5315 | 773 | | | | | | |
| Etowah | 17136 | 3158 | | | | | | |
| Fayette | 5189 | 604 | | | | | | |
| Franklin | 7647 | 985 | | | | | | |
| Geneva | 5336 | 728 | | | | | | |
| Greene | 2535 | 1022 | | | | | | |
| Hale | 3876 | 879 | | | | | | |
| Henry | 4258 | 942 | | | | | | |

Prepared by the Elections Division
Office of the Secretary of State
State of Alabama

# 2006 Primary Election Results
## Proposed Constitutional Amendments

| County | Statewide Amendment (Act 2005-35) | | Blount County Amendment (Act 2005-109) | | Cherokee County Amendment (Act 2006-308) | | Cleburne County Amendment (Act 2006-304) | |
|---|---|---|---|---|---|---|---|---|
| | Yes Votes | No Votes | Yes Votes | No Votes | Yes Votes | No Votes | Yes Votes | No Votes |
| Houston | 15462 | 2763 | | | | | | |
| Jackson | 10306 | 1862 | | | | | | |
| Jefferson | 89828 | 28774 | | | | | | |
| Lamar | 4798 | 573 | | | | | | |
| Lauderdale | 15269 | 2364 | | | | | | |
| Lawrence | 8585 | 1371 | | | | | | |
| Lee | 10520 | 3406 | | | | | | |
| Limestone | 11480 | 1805 | | | | | | |
| Lowndes | 2911 | 1107 | | | | | | |
| Macon | 3719 | 1603 | | | | | | |
| Madison | 35104 | 12693 | | | | | | |
| Marengo | 5272 | 1170 | | | | | | |
| Marion | 8740 | 835 | | | | | | |
| Marshall | 14267 | 2338 | | | | | | |
| Mobile | 48433 | 14981 | | | | | | |
| Monroe | 6353 | 1037 | | | | | | |
| Montgomery | 33021 | 10270 | | | | | | |
| Morgan | 19222 | 4196 | | | | | | |
| Perry | 3698 | 957 | | | | | | |
| Pickens | 5304 | 1328 | | | | | | |
| Pike | 3902 | 809 | | | | | | |
| Randolph | 4919 | 861 | | | | | | |
| Russell | 3959 | 1418 | | | | | | |
| Shelby | 27481 | 5808 | | | | | | |
| St. Clair | 11916 | 1919 | | | | | | |
| Sumter | 2921 | 1410 | | | | | | |
| Talladega | 12151 | 2475 | | | | | | |
| Tallapoosa | 6941 | 1407 | | | | | | |
| Tuscaloosa | 22774 | 6702 | | | | | | |
| Walker | 16848 | 2466 | | | | | | |
| Washington | 5580 | 920 | | | | | | |
| Wilcox | 3213 | 1426 | | | | | | |
| Winston | 6693 | 730 | | | | | | |
| Total | 697591 | 161694 | 7869 | 2387 | 4654 | 1224 | 2315 | 730 |

Prepared by the Elections Division
Office of the Secretary of State
State of Alabama