UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| PAUL HARD, spouse and next best friend of CHARLES DAVID FANCHER, deceased;<br><br>   Plaintiff,<br><br>v.<br><br>ROBERT BENTLEY, in his official capacity as Governor of the State of Alabama; LUTHER JOHNSON STRANGE, III in his official capacity as Attorney General of the State of Alabama,<br><br>   Defendants,<br><br>And<br><br> PAT FANCHER,<br><br>   Intervenor-Defendant. | Civil Action No. 2:13-cv-922-WKW |

**DECLARATION OF SAMUEL WOLFE IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Samuel Wolfe, hereby declare and state:

1. I am an attorney at the Southern Poverty Law Center, which is counsel for Plaintiff Paul Hard in this matter.

2. I am admitted in this District.

3. I make this Declaration in further support of Plaintiff's Motion For Summary Judgment (ECF No. 59).

4. Except as so stated, I make this Declaration on personal knowledge; if called as a witness I could and would testify competently to the facts stated herein.

5. Attached hereto as Exhibit A is a true and correct copy of Alabama Department of Corrections, Marriage of Inmate Personnel, Administrative Regulation No. 407 (Nov. 16, 1987) that I downloaded from the Department's website on October 21, 2014: www.doc.state.al.us/docs/AdminRegs/AR407.pdf.

6. Attached hereto as Exhibit B is a true and correct copy of an excerpt from vol. 5, pt. B, at 35-37 of the Trial Transcript of *DeBoer v. Snyder*, 973 F. Supp. 2d 757 (E.D. Mich. 2014).

I swear under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration is signed this 21st day of October, 2014, in Montgomery, Alabama.

/s/ Samuel Wolfe

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 21st day of October, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

David Bryson Byrne, Jr., Esq.
Office of the Governor
State Capitol
600 Dexter Avenue
Suite NB-05
Montgomery, AL  36130

James William Davis, Esq.
Laura Elizabeth Howell, Esq.
State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36130

Gabriel Joseph Smith, Esq.
Foundation For Moral Law
1 Dexter Avenue
Opelika, AL  36103

/s/ Samuel Wolfe, Esq.