IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL HARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:13-cv-922-WKW |
| ) | |
| ROBERT BENTLEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF ADDITIONAL AUTHORITY

Defendants, Governor Robert Bentley and Attorney General Luther Strange, provide notice that after briefing completed on the parties' cross-motions for summary judgment, the United States Court of Appeals for the Sixth Circuit issued a ruling addressing challenges to the marriage laws of the States of Michigan, Kentucky, Ohio, and Tennessee. *DeBoer v. Snyder*, ___ F.3d ___, 2014 WL 5748990 (6th Cir. Nov. 6, 2014).

    Respectfully submitted,

    LUTHER STRANGE
      *Attorney General*

    s/ James W. Davis
    James W. Davis (ASB-4063-I58J)
    Laura E. Howell (ASB-0551-A41H)
      *Assistant Attorneys General*

    STATE OF ALABAMA
    OFFICE OF THE ATTORNEY GENERAL
    501 Washington Avenue
    Montgomery, Alabama 36130-0152
    (334) 242-7300, (334) 353-8440 (fax)
    jimdavis@ago.state.al.us
    lhowell@ago.state.al.us

    **Attorneys for Alabama Governor Robert Bentley and Alabama Attorney General Luther Strange**

**OF COUNSEL:**

David B. Byrne, Jr. (ASB-0354-R69D)
*Chief Legal Advisor*
OFFICE OF THE GOVERNOR
Alabama State Capitol
600 Dexter Avenue, Ste. NB-05
Montgomery, Alabama 36130
(334) 242-7120
david.byrne@governor.alabama.gov

**Additional Counsel for
Governor Robert Bentley**

CERTIFICATE OF SERVICE

I certify that on November 7, 2014, I electronically filed the foregoing document using the Court's CM/ECF system which will send notification of such filing to the following persons:

Gabriel J. Smith
FOUNDATION FOR MORAL LAW
1 Dexter Avenue
P.O. Box 4086
Montgomery, AL 36103
Telephone: 334.262.1245
gabriel.joseph.smith@gmail.com

David C. Dinielli
Samuel E. Wolfe
SOUTHERN POVERTY LAW CENTER
400 Washington Avenue
Montgomery, AL 36104
Telephone: 334.956.8277
david.dinielli@splcenter.org
sam.wolfe@splcenter.org

s/James W. Davis
Counsel for the Defendants