IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PAUL HARD, | ) |
|     Plaintiff, | ) ) ) |
| v. | )   CASE NO. 2:13-CV-922-WKW |
| ROBERT BENTLEY, *et al.*, | ) ) ) |
|     Defendants. | ) ) |

## **STAY ORDER**

It is ORDERED that this case is STAYED until further order of this court, which further order in any event will not precede a definitive ruling from the United States Supreme Court in the appeal from *DeBoer v. Snyder*, 772 F.3d 388 (6th Cir. 2014), *cert. granted*, 135 S. Ct. 1040 (2015), *cert. granted sub nom.*, *Obergefell v. Hodges*, 135 S. Ct. 1039 (2015), *Tanco v. Haslam*, 135 S. Ct. 1040 (2015), *Bourke v. Beshear*, 135 S. Ct. 1041 (2015).

DONE this 10th day of March, 2015.

                                                  /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE